**No. 49997.**—Protest 110267–K of Martin Stockman (New York).

, Opinion by KEEFE, J. The Government moved to dismiss the protest because it was not filed in time. An examination of the record disclosed that the protest was filed more than 60 days after the collector's liquidation. The Government's motion to dismiss was granted and the protest was dismissed.

BEFORE THE FIRST DIVISION, FEBRUARY 7, 1945

**No. 49998.**—Protests 23578–K, etc., of Chong Kee Jan & Co. et al. (San Francisco, etc.).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, FEBRUARY 7, 1945

**No. 49999.**—Protests 685141–G, etc., of Collin & Gissel et al. (Galveston, etc.)

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50000.**—Protests 888947–G, etc., of S. Schapiro & Sons et al. (Baltimore, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50001.**—Protests 721964–G, etc., of Madeline Baird et al. (Los Angeles, etc.).

Opinion by LAWRENCE, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, FEBRUARY 7, 1945

**No. 50002.**—Protest 111465–K of Wm. P. Teuscher, M. D. (New York).

Opinion by CLINE, J. When the case was called for trial there was no appearance on the part of the plaintiff. An examination of the record failed to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's decision. The protest was therefore overruled.

**No. 50003.**—Protest 29829–K of Morris Friedman (Philadelphia).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar in all material respects to that the subject of Locatelli v. United States (T. D. 48284) and id. (T. D. 49302), which records were incorporated herein. In accordance with stipulation of counsel and following the decisions cited the court held that an allowance of 2½ percent should have been made in the weight of cheese returned by the weigher as the net weight, rather than an allowance of 1 percent. The protest was sustained to this extent.